NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PAUL R. PRIMAVERA, DOC# U30887, )
)
    Appellant, )
)
v. )
) Case No. 2D17-3296
STATE OF FLORIDA, )
)
    Appellee. )
_____ )

Opinion filed February 28, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County, Kimberly K.
Fernandez, Judge.

Paul R. Primavera, pro se.


PER CURIAM.


    Affirmed.


SILBERMAN, BLACK, and SLEET, JJ., Concur.